JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MKRTCHYAN, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, *et al.*,<br><br>           Defendants. | Case No. CV 08-04896 SJO (CWx)<br><br>STIPULATION FOR DISMISSAL [FEDERAL RULE 41(A) (1)]<br><br>Honorable S. James Otero |

The Court having considered the Stipulation for Dismissal, and GOOD CAUSE appearing, it is hereby ORDERED that plaintiff hereby dismisses all claims against defendant with prejudice, and cross-complainant hereby dismisses all claims against plaintiff with prejudice.

Further, it is hereby ORDERED that the Court retains jurisdiction of this case to enforce the terms of the settlement and that each party is to bear her/its own costs

1 | and attorneys' fees to achieve said dismissal.

2 | **IT IS SO ORDERED.**

3 | Dated: October _15____, 2008    **/S/ S. James Otero**

4 | _____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

- 2 -